389 A.2d 680

Commonwealth v. Harris, Appellant.

Submitted June 21, 1977. Alexander Hemphill, for appellant; Robert B. Lawler, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 680

Commonwealth v. Harvey, Appellant.

Submitted April 11, 1977. Michael J. Wherry, Assistant Public Defender, for appellant; David B. Douds, Assistant District Attorney, and Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.